ANNA A. BRUNI, PLAINTIFF-APPELLANT, v. THE PRUDEN-
TIAL INSURANCE COMPANY OF AMERICA, DEFEND-
ANT-RESPONDENT.

Argued January 22, 1968—Decided April 1, 1968.

Mr. *Frank Thatcher* argued the cause for appellant (*Mr. Joseph R. Moss,* attorney).

Mr. *Samuel Kalikman* argued the cause for respondent (*Mr. George D. Rothermel,* attorney).

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Carton in the Appellate Division, 100 *N. J. Super.* 154.

410 

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For affirmance* — None.